**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

March 18, 2015

Andrea E. Colender
SEVERN SAVINGS BANK FSB
200 Westgage Circle
Suite 200
Annapolis, MD 21401

Mr. Brian L. Oliner
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
Goldstein Treasury Building
P. O. Box 466
Annapolis, MD 21404-0466

Kimberly Bowden Stephens
COMPTROLLERS OFFICE OF MARYLAND
301 West Preston Street
Baltimore, MD 21201

Jonathan Malcolm Wall
HYATT & WEBER, PA
200 Westgate Circle
Suite 500
Annapolis, MD 21401


No. 15-1220,    US v. Gerald I. Katz, Sheila Katz
                8:11-cv-02107-JFM

Dear  Counsel:

Appellants' docketing statement has confirmed COMPTROLLER OF THE TREASURY OF THE STATE OF MARYLAND and SEVERN SAVINGS BANK are not parties to this appeal.  All attorneys representing these parties will now be terminated.

If you wish to continue to receive notices on this matter, please sign up to receive notices from the **Utilities** tab from the menu bar and select **Notices for Cases of Interest**.

Sincerely,

/s/ Taline A. Fischer
Deputy Clerk