# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-11-2107 |
| | * | |
| GERALD I. KATZ, ET AL. | * | |
| | ****** | |

## ORDER

Upon consideration of defendant's petition for stay, defendants not having filed a bond, and it appearing that defendant has failed to establish that they are likely to prevail on appeal and that the issuance of a stay will not result in substantial harm to the United States, it is, this 8th day of April 2015

ORDERED that defendant's petition for stay pending appeal (document 64) be denied.

\_\_/s/_____
J. Frederick Motz
United States District Judge