FILED: June 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1220
(8:11-cv-02107-JFM)

_____

–

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

GERALD I. KATZ; SHEILA KATZ

  Defendants - Appellants

and

COMPTROLLER OF THE TREASURY OF THE STATE OF MARYLAND; SEVERN SAVINGS BANK

  Defendants

_____

O R D E R
_____

The court extends the briefing schedule as follows:

  Appendix due: 07/22/2015

  Opening brief due: 07/22/2015

  Response brief due: 08/26/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk